BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS
Assistant United States Attorney
Chief, Civil Fraud Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.8561 | F: 213.894.7819
    Email: Karen.Paik@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
08/04/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___smom___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [**UNDER SEAL**],<br><br>    Plaintiff[s],<br><br>v.<br><br>[**UNDER SEAL**],<br><br>    Defendant[s]. | Case No. 2:24-CV-04277-MWF-MARx<br><br>ORDER RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION] |

1  BILAL A. ESSAYLI
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JACK D. ROSS
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  KAREN Y. PAIK (Cal. Bar No. 288851)
   Assistant United States Attorney
6        Room 7516, Federal Building
         300 N. Los Angeles Street
7        Los Angeles, California 90012
         T: 213.894.8561 | F: 213.894.7819
8        Email: Karen.Paik@usdoj.gov

9  Attorneys for the United States of America

10                UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                       WESTERN DIVISION

13 | UNITED STATES OF AMERICA *ex rel.* | Case No. 2:24-CV-04277-MWF-MARx
   | AIDAN FORSYTH,                     |
14 |                                    | ORDER RE UNSEALING OF CASE
   |           Plaintiffs,              |
15 |                                    | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**
   |           v.                       |
16 |                                    |
   | METANOVA, LLC, f/k/a HAZENS        | [FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION]
17 | INVESTMENT, LLC; and JIA YUAN      |
   | USA CO. INC.,                      |
18 |                                    |
19 |           Defendants.              |

The United States of America ("United States"), having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the Relator shall serve it upon the defendants;

2. This Order and the Notice of Election by the United States to Decline Intervention are both unsealed, and the Relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: August 4, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

1