1  BRIAN A. SUN (BAR NO. 89410)
   CHRISTOPHER PELHAM (BAR NO. 241068)
2  ZHENER LOW (BAR NO. 355279)
   **NORTON ROSE FULBRIGHT US LLP**
3  555 South Flower Street
   Forty-First Floor
4  Los Angeles, California 90071
   Telephone:   (213) 892-9200
5  Facsimile:    (213) 892-9494
   brian.sun@nortonrosefulbright.com
6  christopher.pelham@nortonrosefulbright.com
   zhener.low@nortonrosefulbright.com
7
   Attorneys for Defendants
8  METANOVA, LLC f/k/a HAZENS INVESTMENT,
   LLC, and JIA YUAN USA CO., INC.,
9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA, ex       Case No. 2:24-CV-04277-MWF-MARx
    rel. AIDAN FORSYTH,
14
                Plaintiff-Relator,      **STIPULATION TO EXTEND TIME
15                                       TO RESPOND TO INITIAL
                                         COMPLAINT BY NOT MORE
16        v.                             THAN 30 DAYS (L.R. 8-3)**

17  METANOVA, LLC, f/k/a HAZENS        Action Filed: May 23, 2024
    INVESTMENT, LLC, and JIA YUAN      Complaint Served: September 11, 2025
18  USA CO., INC.,                     Current Response Date: October 2, 2025
                                        New Response Date: November 3, 2025
                Defendants.
19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

## **STIPULATION**

Pursuant to Local Rule 8-3, Plaintiff United States of America, ex rel. Aidan Forsyth ("Plaintiff") and Defendants Metanova, LLC, f/k/a Hazens Investment, LLC, and Jia Yuan USA Co., Inc. ("Defendants"), by and through their respective undersigned counsel of record, hereby agree and stipulate as follows:

WHEREAS on May 23, 2024, Plaintiff filed their Complaint in this action;

WHEREAS on September 11, 2025, Plaintiff served Defendants the Complaint in this action;

WHEREAS, Defendant's deadline to respond to the Complaint is currently October 2, 2025;

WHEREAS on October 1, 2025, Plaintiff's and Defendants' counsel conferred and agreed to extend Defendants' deadline to respond to the Complaint by 30 days to November 3, 2025;

WHEREAS for the avoidance of doubt, notwithstanding anything herein Defendants do not and have not waived any jurisdictional or service-related arguments and/or defenses.

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their counsel, that Defendants' deadline to respond to Plaintiff's Complaint is extended to November 3, 2025.

Dated:        October 2, 2025              NORTON ROSE FULBRIGHT US LLP


By: */s/ Christopher Pelham*
BRIAN A. SUN
CHRISTOPHER PELHAM
ZHENER LOW

Attorneys for Defendants
METANOVA, LLC, f/k/a HAZENS
INVESTMENT, LLC, and
JIA YUAN USA CO., INC.

DOCUMENT PREPARED ON RECYCLED PAPER

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Dated:      October 2, 2025                    THE JAFFE LAW FIRM


By:  */s/ Stephen Jaffe*
        STEPHEN JAFFE

Attorney for Plaintiff
UNITED STATES OF AMERICA,
EX REL. AIDAN FORSYTH


### FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4, I, Christopher Pelham, attest that concurrence in the filing of this document has been obtained from counsel and is electronically signed with the express permission of counsel.

Dated: October 2, 2025            **NORTON ROSE FULBRIGHT US LLP**


*/s/ Christopher Pelham*
Christopher Pelham
ATTORNEYS FOR DEFENDANTS
METANOVA, LLC, f/k/a HAZENS
INVESTMENT, LLC, and
JIA YUAN USA CO., INC.

DOCUMENT PREPARED
ON RECYCLED PAPER