BRIAN A. SUN (BAR NO. 89410)
CHRISTOPHER PELHAM (BAR NO. 241068)
ZHENER LOW (BAR NO. 355279)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
brian.sun@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com
zhener.low@nortonrosefulbright.com

Attorneys for Defendants
METANOVA, LLC f/k/a HAZENS INVESTMENT, LLC, and JIA YUAN USA CO., INC.,

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AIDAN FORSYTH,<br><br>Plaintiff-Relator,<br><br>v.<br><br>METANOVA, LLC, f/k/a HAZENS INVESTMENT, LLC, and JIA YUAN USA CO., INC.,<br><br>Defendants. | Case No. 2:24-CV-04277-MWF-MARx<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Action Filed: May 23, 2024<br>Amended Complaint Served: January 9, 2026<br>Current Response Date: February 10, 2026<br>New Response Date: February 24, 2026 |

# **STIPULATION**

Pursuant to Local Rule 8-3, Plaintiff United States of America, ex rel. Aidan Forsyth ("Plaintiff") and Defendants Metanova, LLC, f/k/a Hazens Investment, LLC, and Jia Yuan USA Co., Inc. ("Defendants"), by and through their respective undersigned counsel of record, hereby agree and stipulate as follows:

WHEREAS on May 23, 2024, Plaintiff filed their Complaint in this action;

WHEREAS on September 11, 2025, Plaintiff served Defendants the Complaint in this action;

WHEREAS, pursuant to the previous Stipulation to Extend Time filed on October 2, 2025, Defendants' deadline to respond to the Complaint was extended to November 3, 2025;

WHEREAS, pursuant to the previous Stipulation to Extend Time filed on October 30, 2025, as granted by the Court on October 31, 2025, Defendants' deadline to respond to the Complaint was extended to December 3, 2025;

WHEREAS, on November 24, 2025, Plaintiff's counsel sent a draft amended Complaint to Defendants' counsel for meet-and-confer purposes, whereupon the parties met and conferred;

WHEREAS, pursuant to the previous Stipulation to Extend Time filed on November 26, 2025, as granted by the Court on December 1, 2025, Defendants' deadline to respond to the Complaint was extended to January 9, 2026;

WHEREAS, Plaintiff filed a First Amended Complaint on January 9, 2026;

WHEREAS, pursuant to the first Stipulation to Extend Time to Respond to the First Amended Complaint filed on January 21, 2026, as granted by the Court on January 22, 2026, the Defendants' deadline to respond to the First Amended Complaint is currently February 10, 2026;

WHEREAS, Plaintiff's and Defendants' counsel have conferred and agreed to extend Defendants' deadline to respond to the Complaint by two weeks, to February 24, 2026, due to Defendants' counsel's recent trial preparation and other

DOCUMENT PREPARED ON RECYCLED PAPER

urgent case commitments;

WHEREAS for the avoidance of doubt, notwithstanding anything herein Defendants do not and have not waived any jurisdictional or service-related arguments and/or defenses.

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their counsel, that Defendants' deadline to respond to Plaintiff's Complaint is extended to February 24, 2026.

Dated: February 3, 2026          NORTON ROSE FULBRIGHT US LLP

By: */s/ Zhener Low*
BRIAN A. SUN
CHRISTOPHER PELHAM
ZHENER LOW

Attorneys for Defendants
METANOVA, LLC, f/k/a HAZENS INVESTMENT, LLC, and
JIA YUAN USA CO., INC.,

Dated: February 3, 2026          THE JAFFE LAW FIRM

By: */s/ Stephen Jaffe*
STEPHEN JAFFE

Attorney for Plaintiff
UNITED STATES OF AMERICA, EX REL. AIDAN FORSYTH

### Filer's Attestation

Pursuant to Local Rule 5-4.3.4 regarding signatures, Zhener Low hereby attests that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Zhener Low*
Zhener Low