# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AIDAN FORSYTH,<br><br>Plaintiff-Relator,<br><br>v.<br><br>METANOVA, LLC, f/k/a HAZENS INVESTMENT, LLC, and JIA YUAN USA CO., INC.,<br><br>Defendants. | Case No. CV 24-4277-MWF(MARx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Action Filed: May 23, 2024<br>Amended Complaint Served: January 9, 2026<br>Current Response Date: February 10, 2026<br>New Response Date: February 24, 2026 |

The Court has considered the parties' Further Stipulation to Extend Tiome to Respond to First Amended Complaint (the "Stipulation"). (Docket No. 35). For good cause shown, the Stipulation is **GRANTED**. Defendants' deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint is EXTENDED to **February 24, 2026**.

   **IT IS SO ORDERED.**

Dated: February 4, 2026

MICHAEL W. FITZGERALD
United States District Judge