# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>METANOVA, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–04277–MWF–MAR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __2/24/2026__

Document No.:  __37__

Title of Document:  __Answer__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 no notice of interested parties.

Other:

**Note:**  In response to this notice, the Court may: 1) **order an amended or corrected document to be filed;** 2) **order the document stricken;** or 3) **take other action as the Court deems appropriate.** You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __February 25, 2026__      By:  __/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**