BRIAN A. SUN (BAR NO. 89410)
CHRISTOPHER PELHAM (BAR NO. 241068)
ZHENER LOW 355279
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
brian.sun@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com
zhener.low@nortonrosefulbright.com

Attorneys for Defendants
METANOVA, LLC f/k/a HAZENS INVESTMENT, LLC, and JIA YUAN USA CO., INC.,

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AIDAN FORSYTH, | Case No. 2:24-CV-04277-MWF-MARx |
| Plaintiff-Relator, | **DEFENDANT METANOVA, LLC'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |
| v. | |
| METANOVA, LLC, f/k/a HAZENS INVESTMENT, LLC, and JIA YUAN USA CO., INC., | Action Filed: May 23, 2024 |
| Defendants. | |

**L.R. 7.1-1 NOTICE OF INTERESTED PARTIES**

Pursuant to Local Rule 7.1-1, the undersigned counsel of record of Defendant Metanova LLC certifies that the following listed parties and non-parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Aidan Forsyth, an individual.
2. The United States of America.
3. Defendant Metanova LLC, f/k/a Hazens Investment LLC
4. Defendant Jia Yuan USA Co., Inc. now known as Metainfinity Inc.
5. Yaen Irrevocable Trust 2021.

Dated:   February 25, 2026           NORTON ROSE FULBRIGHT US LLP

By: */s/ Zhener Low*
    BRIAN A. SUN
    CHRISTOPHER PELHAM
    ZHENER LOW

    Attorneys for Defendant
    METANOVA, LLC, f/k/a HAZENS
    INVESTMENT, LLC, and
    JIA YUAN USA CO., INC.,