Eric H. Jaso
Spiro Harrison & Nelson
363 Bloomfield Ave, Suite 2C
Montclair, NJ 07042

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>AIDAN FORSYTH,<br><br>Plaintiff(s), | CASE NUMBER<br><br>2:24-cv-04277-MWF-MAR |
| v.<br><br>METANOVA, LLC, f/k/a HAZENS INVESTMENT, LLC,<br>and JIA YUAN USA CO., INC.,<br><br>Defendant(s), | **APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE**<br>***PRO HAC VICE*** |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Jaso, Eric H.
_____
Applicant's Name (Last Name, First Name & Middle Initial)          check here if federal government attorney ☐

Spiro Harrison & Nelson
_____
Firm/Agency Name

| | | |
|---|---|---|
| 363 Bloomfield Ave | (973) 744-2100 | (973) 232-0887 |
| *Street Address* | *Telephone Number* | *Fax Number* |
| Suite 2C | | |
| Montclair, NJ, 07042 | | ejaso@shnlegal.com |
| *City, State, Zip Code* | | *E-mail Address* |

**I have been retained to represent the following parties:**

AIDAN FORSYTH                                      ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
_____          ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Please see the addendum below | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated March 25, 2026

Eric H. Jaso
Applicant's Name (please type or print)

Applicant's Signature

G-64 (10/23)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 2 of 3

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Jaffe, Stephen R.

*Designee's Name (Last Name, First Name & Middle Initial)*

Jaffe Law Firm

*Firm/Agency Name*

1 Sansome Street

Suite ~~3500~~ *1400*

*Street Address*

San Francisco, CA, 94104

*City, State, Zip Code*

(415) 618-0100                N/A

*Telephone Number*          *Fax Number*

stephen.r.jaffe@jaffetriallaw.com

*Email Address*

49539

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated      *4/7/26*

*Stephen R. Jaffe*

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| United States Supreme Court | April 28, 2004 | Yes |
| New York | July 13, 1993 | Yes |
| Connecticut | May 24, 2022 | Yes |
| Rhode Island | April 20, 2004 | Yes |
| New Jersey | June 26, 1999 | Yes |
| Second Circuit Court of Appeals | January 28, 2010 | Yes |
| Third Circuit Court of Appeals | March 27, 2006 | Yes |
| Sixth Circuit Court of Appeals | August 2, 1993 | Yes |
| Seventh Circuit Court of Appeals | May 6, 1994 | Yes |
| Eighth Circuit Court of Appeals | August 14, 1994 | Yes |
| Eastern District of New York | April 4, 1994 | Yes |
| Southern District of New York | March 15, 1994 | Yes |
| District of New Jersey | September 1, 1999 | Yes |
| Eastern District of Arkansas | April 25, 1995 | Yes |
| District of Rhode Island | March 9, 2021 | Yes |

# State of Connecticut

# Supreme Court

I, **Carl D. Cicchetti,** *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Hartford**

*Do hereby certify, that, in the Superior Court at*

*on the* **24th** *day of* **May, 2022**

**Eric Hector Jaso**

*of*

**Morristown, NJ**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **March 31, 2026**

*Carl D. Cicchetti*
*Chief Clerk*

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **ERIC HECTOR JASO** *(No.* **004761999** *) was constituted and appointed an Attorney at Law of New Jersey on* **June 26, 1999** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 25th day of March, 2026.*

*Clerk of the Supreme Court*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, *Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Eric Hector Jaso

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 13, 1993**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on March 26, 2026.*

*Clerk of the Court*

*CertID-00282091*



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022



## Supreme Court of Rhode Island
### Providence

*This Certifies that*

# Eric H. Jaso
*of Montclair, NJ*

*is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 20th day of April, 2004 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.*

*Given under our hands and the seal of said Supreme Court at Providence this the 26th day of March, 2026.*

*Meredith Benoit*
Clerk